UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SONIA NAOMI BURKE,

    Plaintiff,

    -against-

CWA LOCAL 1109, AFL-CIO

    Defendant.
-----------------------------------------------------------X

NOT FOR PUBLICATION
ORDER

07-CV-3595 (CBA)(LB)

AMON, United States District Judge:

This Court has received the well-reasoned Report and Recommendation of the Honorable Lois Bloom, United States Magistrate Judge, dated September 30, 2009, recommending that this Court grant the defendant's motion for judgment on the pleadings. As no party has objected, the Court hereby adopts the Report and Recommendation of September 30, 2009 as the opinion of the Court and defendant's motion is granted. The Clerk of the Court is directed to enter judgment in accordance with this Order and close this case.

    SO ORDERED.

Dated:   Brooklyn, New York
         November 10, 2009

/S/
Carol Bagley Amon
United States District Judge